RECEIPT # 53084
AMOUNT $ 150
SUMMONS ISSUED X-1
LOCAL RULE 4.1
WAIVER FORM
MCF ISSUED
BY DPTY. CLK. M
DATE 1-13-04

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AQUA-LEISURE INDUSTRIES, INC., | ) |
| | ) Civil Action No. |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| GEMMY INDUSTRIES CORPORATION, | ) |
| | ) |
| Defendant. | ) |

**04 cv 10070 RGS**

## COMPLAINT FOR DECLARATORY JUDGMENT

### PARTIES

1. Plaintiff Aqua-Leisure Industries, Inc. (hereinafter "Aqua-Leisure") is a corporation organized and existing under the laws of the Commonwealth of Massachusetts with a principal place of business at 525 Bodwell Street Extension, Avon, MA 02322.

2. Defendant Gemmy Industries Corporation (hereinafter "Gemmy") is a Texas corporation with a principal place of business at 2111 W. Walnut Hill Lane, Irving, Texas 75038. On information and belief, Gemmy conducts business throughout the United States, including within this judicial district.

### JURISDICTION AND VENUE

3. This action arises under the federal patent laws, 35 U.S.C. § 1 et. seq. In addition, this court has subject matter jurisdiction over the action pursuant to 35 U.S.C. §§ 271 and 282,

and 28 U.S.C. §1338(a), as well as 28 U.S.C. § 2201 (the Declaratory Judgment Act). Venue is proper in this District pursuant to 28 U.S.C. §1400.

## FACTS

4. Aqua-Leisure is in the business of the production and sale of inflatable products, including inflatable toys.

5. On or about December 22, 2003, Aqua-Leisure received, at its offices in Avon, Massachusetts, a letter from counsel for Gemmy, asserting that Gemmy owns U.S. Patent No 6,644,843, that Aqua-Leisure is "making, having made, importing, distributing or selling large, self-inflating decorative figures in the United States," and that "such inflatable figures infringe the claims of" the Gemmy patent. A copy of that letter is attached as Exhibit A hereto.

6. Gemmy's letter demands that Aqua-Leisure "immediately and permanently cease and desist from the manufacture, importation, distribution and sale of all infringing products in the United States." It further states: "Unless we receive written notice by January 10 certifying that [Aqua-Leisure] has complied with this demand, together with a full accounting of all units made and sold to date, Gemmy will be forced to institute legal action, as it already has against other sellers."

## DECLARATORY JUDGMENT OF NON-INFRINGEMENT OF U.S. PATENT NO. 6,644,843

7. By reason of said letter from Gemmy's counsel, Plaintiff Aqua-Leisure is under reasonable fear and apprehension that Gemmy will commence a lawsuit against Aqua-Leisure for alleged infringement of U.S. Patent No. 6,644,843.

AQUA-LEISURE INDUSTRIES, INC.

_____
John L. Welch   BBO No. 522,040
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210
617/832-1000


_____
Robert R. Pierce   BBO No. 549,172
Thomas E. Kenney   BBO No. 561,590
Pierce & Mandell, PC
11 Beacon Street – Suite 800
Boston, MA 02108
617/720-2444

- 4 -