IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| |
|---|
| AQUA-LEISURE INDUSTRIES, INC., |
| Plaintiff, |
| v. |
| GEMMY INDUSTRIES CORPORATION, |
| Defendant. |

CIVIL ACTION NO. 04-CV-10070-RGS

## STIPULATED MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

Defendant, Gemmy Industries Corporation ("Gemmy"), moves the Court for a two week extension of time, or until Tuesday, March 2, 2004, to file its answer or otherwise respond to the Complaint for Declaratory Judgment filed by plaintiff, Aqua-Leisure Industries, Inc. ("Aqua-Leisure"). In support of its motion, Gemmy states that the parties have been involved in extensive negotiations to resolve this matter and it is likely that a settlement will be reached in the next few days.

Aqua-Leisure's counsel has assented to the requested extension of time.

GEMMY INDUSTRIES CORPORATION,

By its attorneys,

_____
Michael Albert (BBO #558566)
Robert M. Abrahamsen (BBO #636635)
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, Massachusetts 02210-2206
(617) 646-8000
(617) 720-2441 fax

770087.1

## CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2004, I caused to be served a copy of this Stipulated Motion to Extend Time to Answer or Otherwise Respond to Complaint upon the following, by first-class mail, postage-prepaid, addressed to:

Thomas E. Kenney, Esq.
Pierce & Mandell, PC
11 Beacon Street, Suite 800
Boston, MA 02108

John L. Welch, Esq.
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210

_____
Michael Albert

770087.1