IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AQUA-LEISURE INDUSTRIES, INC.,<br><br>Plaintiff,<br>v.<br>GEMMY INDUSTRIES CORPORATION,<br><br>Defendant. | CIVIL ACTION NO. 04-CV-10070-RGS |

### ASSENTED-TO MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

Defendant, Gemmy Industries Corporation ("Gemmy"), moves the Court for an extension of time until Thursday, March 18, 2004, to file its answer or otherwise respond to the Complaint for Declaratory Judgment filed by plaintiff, Aqua-Leisure Industries, Inc. ("Aqua-Leisure").  In support of its motion, Gemmy states that the parties have been involved in extensive negotiations to resolve this matter and it is likely that a settlement will be reached by the parties.

Aqua-Leisure's counsel has assented to the requested extension of time.

GEMMY INDUSTRIES CORPORATION,

By its attorneys,

/s/Michael A. Albert
Michael Albert (BBO #558566)
malbert@wolfgreenfield.com
Robert M. Abrahamsen (BBO #636635)
rabrahamsen@wolfgreenfield.com
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, Massachusetts 02210-2206
(617) 646-8000
(617) 720-2441 fax