IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AQUA-LEISURE INDUSTRIES, INC., <br><br> Plaintiff, <br> v. <br> GEMMY INDUSTRIES CORPORATION, <br><br> Defendant. | CIVIL ACTION NO. 04-CV-10070-RGS |

**FOURTH ASSENTED-TO MOTION TO EXTEND TIME TO ANSWER
OR OTHERWISE RESPOND TO COMPLAINT**

Defendant, Gemmy Industries Corporation ("Gemmy"), moves the Court for a further extension of time, until Thursday, April 15, 2004, to file its answer or otherwise respond to the Complaint for Declaratory Judgment filed by plaintiff, Aqua-Leisure Industries, Inc. ("Aqua-Leisure"). In support of its motion, Gemmy states that the parties continue to be involved in extensive negotiations to resolve this matter and it is likely that a settlement will be reached by the parties.

Aqua-Leisure's counsel has assented to the requested extension of time.

GEMMY INDUSTRIES CORPORATION,

By its attorneys,

Dated: April 1, 2004

/s/Michael A. Albert
Michael Albert (BBO #558566)
malbert@wolfgreenfield.com
Robert M. Abrahamsen (BBO #636635)
rabrahamsen@wolfgreenfield.com
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, Massachusetts 02210-2206
(617) 646-8000
(617) 720-2441 fax