UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AQUA-LEISURE INDUSTRIES, INC., )<br>)<br>Plaintiff, )<br>)<br>)<br>vs. )<br>)<br>GEMMY INDUSTRIES CORPORATION, )<br>)<br>)<br>Defendant. ) | Civil Action No.<br>04-CIV-10070-RGS |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Please take notice that, pursuant to Rule 41(a)(1), Fed. R. Civ. P., this action is hereby dismissed without prejudice.

AQUA-LEISURE INDUSTRIES, INC.

_____
John L. Welch   BBO No. 522,040
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA  02210-2600
617/832-1000

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each other party by mail/hand/facsimile on 4-16-04

_____